DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**R.W.**, the Father,
Appellant,

v.

**FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES,**
Appellee.

No. 4D17-2208

[October 26, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk Volker, Judge; L.T. Case No. 2016DP000134.

Gary L. Pickett, West Palm Beach, for appellant.

Meredith K. Hall, Children's Legal Services, Bradenton, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, KLINGENSMITH, JJ., and BELANGER, ROBERT E., Associate Judge, concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***